Opinion filed January 10, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 10,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00253-CV

                                                    __________

 

                                       IRENE QUINTANA, Appellant

 

                                                             V.

 

                                        RUBEN
ALVAREZ, Appellee

 



 

                                         On
Appeal from the 118th District Court

 

                                                         Howard
County, Texas

 

                                                    Trial
Court Cause No. 44880

 



 

                                             M
E M O R A N D U M   O P I N I O N

Irene
Quintana has filed in this court a motion to dismiss her appeal.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

 

January 10, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.